UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Ryan Williams,

        Plaintiff

v.

La Vie Residences, et al.,

        Defendants

Case No.: 2:24-cv-01554-JAD-EJY

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 7]

      After all of his claims were dismissed with leave and instructions for amendment, this court ordered Plaintiff Ryan Williams to file an amended complaint by September 27, 2024, or risk having this case dismissed and closed.[1] Williams failed to file an amended complaint or seek to extend his deadline to do so, and the magistrate judge now recommends that this case be dismissed and closed because there are no claims pending.[2] The deadline for the plaintiff to object to that recommendation was October 21, 2024, and he neither filed objections nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 7] is ADOPTED** in its entirety. **This action is DISMISSED without prejudice, and the Clerk of Court is directed to CLOSE THIS CASE.**

                                              _____
                                              U.S. District Judge Jennifer A. Dorsey
                                              November 7, 2024

---

[1] ECF No. 5.

[2] ECF No. 7.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).